■ BARRY M. WEINSTEIN et al., Appellants, v NEW YORK URBAN DEVELOPMENT CORPORATION et al., Defendants, and TOWN OF AMHERST, Respondent. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, J. B. Kane, J., Cardamone, J. P., not participating. (Appeal from order of Erie Supreme Court, Kane, J. — dismiss complaint.) Present — Cardamone, J. P., Callahan, Doerr, Denman and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PATRICK J. BOYLE, Respondent. — Appeal dismissed *(People v Gesegnet,* 47 AD2d 333). All concur, Cardamone, J. P., not participating. (Appeal from order of Niagara County Court, Hannigan, J. — dismiss indictment.) Present — Cardamone, J. P., Callahan, Doerr, Denman and Moule, JJ.

■ In the Matter of BETTY A. T., Respondent, v DEBORAH FOLMAR, Appellant. — Order unanimously affirmed, without costs. There was sufficient evidence to support a finding of abandonment, and thus no dispositional hearing is required. (Appeal from order of Onondaga County Family Court, Schneider, J. — neglect.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.

■ JOHN E. MONTREAL, Appellant, v JOSEPH A. LONGO, as Candidate for Supervisor of the Town of Geddes, et al., and VINCENT LEUZZE et al., Constituting the Committee on Vacancies on the Aforesaid Certificate of Nomination, et al., Respondents. — Order unanimously affirmed, without costs. (Appeal from order of Onondaga Supreme Court, McLaughlin, J. — Election Law.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Schnepp, JJ.